# Order

Michigan Supreme Court
Lansing, Michigan

June 21, 2017

154414

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RAYMOND LAMONT CHEATHAM,
      Defendant-Appellant.

SC: 154414
COA: 327197
Kent CC: 14-010126-FC

_____/

     On order of the Court, the application for leave to appeal the July 21, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2017



p0614

Clerk